IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| ZACHARY KNOTTS and ELLEN HEINE,<br><br>**Plaintiffs**,<br><br>v.<br><br>BOARD OF DIRECTORS OF JW RUBY MEMORIAL HOSPITAL; CHRISTINE S. VAGLIENTI, ESQ.; SHONNETTE J. KINGSTON; ADAM BAUS; THE WV BOARD OF MEDICINE; and JOHN AND JANE DOE 1 THROUGH 10.<br><br>**Defendants**. | CIVIL ACTION NO.: 1:21-CV-50<br>(JUDGE KLEEH) |

## REPORT AND RECOMMENDATION, RECOMMENDING THAT ACTION BE DISMISSED AS TO DEFENDANTS JOHN AND JANE DOE 1 THROUGH 10

On April 19, 2021, *pro se* Plaintiffs filed a Complaint to initiate this action. Plaintiffs named the following Defendants: Board of Directors of J.W. Ruby Memorial Hospital; Christine S. Vaglienti, Esq.; Shonnette J. Kingston; Adam Baus; The WV Board of Medicine; and John and Jane Doe 1 through 10. The Court previously ordered that the matter be dismissed entirely without prejudice, for Plaintiffs' failure to serve any Defendant. [ECF No. 20]. Thereafter, the Court granted permission for Plaintiffs to file an amended complaint [ECF No. 24] and allowing Plaintiffs to pursue their claims herein. Specifically, by Order dated April 26, 2022, the Court directed Plaintiffs to file an amended complaint by May 10, 2022.

By Order dated May 9, 2022 [ECF No. 27], the Hon. Thomas S. Kleeh, United States District Judge, referred this matter to the undersigned Magistrate Judge to review the record and issue written orders or reports and recommendations, as appropriate.

1

Plaintiffs filed an amended complaint [ECF No. 26] on May 9, 2022. Some Defendants in this matter have appeared, but Plaintiffs have not properly identified or served any of the Defendants John and Jane Doe 1 through 10.

By an Order to Show Cause dated December 12, 2022 [ECF No. 70], the undersigned ordered Plaintiffs to show cause, within fourteen (14) days of that Order, as to why the matter should not be dismissed without prejudice as to Defendants John and Jane Doe 1 through 10. As noted in that Order to Show Cause, "[i]f a defendant is not served within <u>90 days</u> after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extent the time for service for an appropriate period." Fed. R. Civ. P. 4(m) (emphasis added).

Plaintiffs have made no filing in response to the Order to Show Cause, and the 14-day deadline to do so has passed.

Thus, based on the foregoing, the undersigned **RECOMMENDS** that the Amended Complaint be **DISMISSED without prejudice** as to Defendants John and Jane Doe 1 through 10.

Any party shall have fourteen (14) days (filing of objections) and then three days (mailing/service) from the date of the filing of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the Honorable Thomas S. Kleeh, Chief United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989); <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985); <u>United States v. Schronce</u>, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to send a copy of this Order to the *pro se* Plaintiffs by certified mail, return receipt requested, to their last known addresses as shown on the docket, and to counsel of record by electronic means.

**DATED: December 30, 2022.**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE